

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00452-CV

**IN RE WILLA PETERS HUBBERD TESTAMENTARY TRUST**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 1986-PC-1440
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the portions of the probate court's orders adding the following provisions to the Willa Peters Hubberd Testamentary Trust as Article VI, Paragraphs A-3, A-4, A-5, and A-6 are AFFIRMED:

      A-3.   Mary Hubberd Dahlman shall apply for Medicare and a Medicare Supplemental Insurance policy.  If Mary Hubberd Dahlman is unsuccessful for any reason, in obtaining such insurance, she shall obtain such other health insurance as might be available.

      A-4   Michael Hubberd has health insurance through his employer. Michael Hubberd shall provide proof of such insurance to the Trustee on an annual basis.  If at any time Michael Hubberd does not have his own health insurance coverage through his employer or otherwise, he shall obtain such other health insurance as might be available.

      A-5.   If Mary Hubberd Dahlman, for any reason, does not possess general liability insurance in a minimum amount of $1 million, she or the Trustee shall obtain such insurance as might be available.

      A-6.   If Michael Hubberd, for any reason, does not possess general liability insurance in a minimum amount of $1 million, he or the Trustee shall obtain such insurance as might be available.

The remaining portions of the probate court's orders adding additional language to Article VI, Paragraphs A-3, A-4, A-5, and A-6 of the trust are REVERSED, and judgment is RENDERED

deleting this additional language from the trust.  It is ORDERED that costs of the appeal are taxed against the parties who incurred them.

SIGNED February 12, 2014.

Catherine Stone